**EXHIBIT 2**

## VERIFIED STATEMENT OF ATTEMPTS

Clarity Sports International LLC
Plaintiff

Case Number:  19-CV-305

VS

Redland Sports
Defendant

The undersigned, being first duly sworn, depose and say:

1. This Court Officer or his associates have attempted personal service of the Subpoena in this matter upon :

   **Kenny Golladay**
   **r**

   **Southfield, MI  48075**

2. Service of process upon Kenny Golladay cannot reasonably be perfected.

3. Service of process was attempted as described:

   **07/01/20 - 03:39pm - No answer at residence**
   **07/02/20 - 07:14pm - No answer at residence**
   **07/05/20 - 10:05am - No answer at residence, left a card**
   **07/08/20 - 08:13am - No answer at residence, card still on door**
   **07/12/20 - 12:30pm - No answer at residence, card still on door - spoke with concierge who said they haven't seen Kenny Golladay here for almost a year now**

4. I declare that the above statements are true to the best of my information, knowledge and belief.

Dated:  07/16/2020

Court Officer