UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re: CLARITY SPORTS INTERNATIONAL, LLC ET AL V. GOLLADAY ET AL

Case No. 2:20-mc-51484-GCS-RSW

Hon. George Caram Steeh

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge R. Steven Whalen for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

Motion for Contempt – #10

s/George Caram Steeh
George Caram Steeh
United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

s/Leanne Hosking
Acting in the absence of Brianna Sauve

Dated: May 17, 2021