# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| CLARITY SPORTS INTERNATIONAL, LLC And JASON BERNSTEIN, | : : : : | No. 2:20-MC-51484 District Judge Steeh |
| Petitioners, | : : | Magistrate Judge Patti |
| v. | : : | Arising From Civil Action No. 1:19-cv-0305-YK pending |
| KENNY GOLLADAY, | : : | in the United States Court for the Eastern District of Pennsylvania |
| Respondent. | : : | |

## **INDEX OF EXHIBITS**

| Exhibit A | Kenneth Golladay Declaration |
|---|---|
| Exhibit B | Plaintiffs' Response in Opposition to Defendants' Motion to Bifurcate |
| Exhibit C | Correspondence among counsel re Golladay deposition |
| Exhibit D | *Moseley v Regency Transportation LLC* |
| Exhibit E | *BBK Tobacco And Foods LLP v Gooshelly* |
| Exhibit F | K. Golladay's 8.13.21 Written Responses and Objections to Non-Party Subpoena |