# EXHIBIT A

**NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION ARBITRATION**

| | |
|---|---|
| In the matter of | : |
| JASON BERNSTEIN, | : |
|               Claimant, | : |
| | : |
|       -and- | :      NFLPA Case No. 19-CA-4 |
| TODD FRANCE, | : |
|            Respondent. | : |
| | : |

## DECLARATION OF KENNETH GOLLADAY

I, Kenneth Golladay, declare as follows:

1.      I am a wide receiver in the NFL, and am entering the third year of my rookie contract with the Detroit Lions.

2.      In September 2018, I seriously considered changing agents because I wasn't confident that my then-agent and marketing representative, Jason Bernstein and Clarity Sports, had the experience and resources to maximize my career opportunities and earnings (on and off the field) the way I originally envisioned.

3.      Shortly thereafter, I attended a charity event with several NFL players.

4.      At the event, I saw Todd France talking with various players, so I introduced myself to him, asked if he was an agent with CAA and, if so, whether I could have his contact information to talk about what he does for his clients. In response, Todd gave me his number.

5.      A few days later, I contacted Todd with the intent to see if he would be open to coming to Detroit to talk with me about the services that he and CAA could provide to me. Todd agreed.

6.      Over the next few months, my mother, Kenneth Saffold (a mentor I consider to be part of my family), and I followed up with Todd about my search for a new agent, asked him for references (which he provided) and ultimately decided to hire him because of his personal contract experience and success, and what CAA could do for my career and me (on and off the field).

7.      Although I had made my mind up and made the decision to hire Todd and CAA during the first week of December 2018, I waited until after the Lions' 2018 season ended, and after I addressed some medical issues, before sending Mr. Bernstein an email in January 2019 telling him I was releasing him and Clarity Sports as my agent and marketing representative.

8.      To be clear, my decision to change agents and marketing representatives was made in consultation with my mom and mentor, and without any other influence, to help me make the best possible career decision I could for my family and me.

9.      At no time during my decision making process did Todd, CAA or any third parties offer my family or me anything of value to influence my decision, or to induce or encourage me to hire them.

10.     Additionally, my decision to solicit Todd for possible representation as my agent was entirely my own.

The information in this Declaration is based upon my personal knowledge and, in accordance with 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and accurate.

August _15_, 2019                          Kenneth Golladay

STATE OF TEXAS                          :        SS
COUNTY OF *HARRIS*                      :

On this, the _15_ day of August, 2019, before me, the undersigned officer, personally appeared Kenneth Golladay, who acknowledged himself to be Kenneth Golladay, an adult individual over the age of 18 years old, and that he, being authorized to do so, executed the foregoing declaration by signing his name to this document.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

My Commission Expires: _04/27/2023_

Notary Public

Charles Jackson
My Commission Expires
04/27/2023
ID No 130205099